UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-39900 |
| | § | |
| VINCENT R CLARKE | § | |
| MYRA D CLARKE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $201,827.53 | Assets Exempt: | $59,276.12 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,984.13 | Claims Discharged Without Payment: | $192,345.29 |
| Total Expenses of Administration: | $1,387.07 | | |

3) Total gross receipts of $6,371.20 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $6,371.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $224,709.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,387.07 | $1,387.07 | $1,387.07 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $171,460.00 | $152,407.42 | $152,407.42 | $4,984.13 |
| **Total Disbursements** | $396,169.00 | $153,794.49 | $153,794.49 | $6,371.20 |

4). This case was originally filed under chapter 7 on 10/23/2009. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2011     By:  /s/ Horace Fox, Jr.
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Whole Life insurance policy Conseco Life Insurance Policy# 010415982 | 1129-000 | $6,368.00 |
| Interest Earned | 1270-000 | $3.20 |
| **TOTAL GROSS RECEIPTS** | | $6,371.20 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America | 4110-000 | $74,784.00 | NA | $0.00 | $0.00 |
| | Bank Of America | 4110-000 | $74,784.00 | NA | $0.00 | $0.00 |
| | Bank Of Oklahoma Mtg | 4110-000 | $75,141.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $224,709.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $1,387.07 | $1,387.07 | $1,387.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,387.07 | $1,387.07 | $1,387.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as | 7100-000 | $15,099.00 | $15,502.37 | $15,502.37 | $506.96 |

**UST Form 101-7-TDR (5/1/2011)**

|   | | | | | | |
|---|---|---|---|---|---|---|
|   | assignee of Citibank | | | | | |
| 2 | Chase Bank USA, N.A. | 7100-000 | NA | $4,983.91 | $4,983.91 | $162.99 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $21,131.00 | $21,256.63 | $21,256.63 | $695.15 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $14,478.00 | $14,607.40 | $14,607.40 | $477.70 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $23,627.00 | $24,255.80 | $24,255.80 | $793.23 |
| 6 | Chase Bank USA, N.A. | 7100-000 | $26,017.00 | $26,340.95 | $26,340.95 | $861.42 |
| 7 | Chase Bank USA, N.A. | 7100-000 | NA | $17,211.07 | $17,211.07 | $562.85 |
| 8 | Chase Bank USA, N.A. | 7100-000 | $8,346.00 | $8,406.09 | $8,406.09 | $274.90 |
| 9 | American Express Centurion Bank | 7100-000 | $9,737.00 | $9,737.07 | $9,737.07 | $318.43 |
| 10 | Chase Bank USA,N.A | 7100-000 | NA | $1,698.67 | $1,698.67 | $55.55 |
| 11 | GE Money Bank dba LOWES CONSUMER | 7100-000 | $8,103.00 | $8,407.46 | $8,407.46 | $274.95 |
|   | Bank Of America | 7100-000 | $17,607.00 | NA | NA | $0.00 |
|   | Capital 1 Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Citi | 7100-000 | $22,154.00 | NA | NA | $0.00 |
|   | Citibank | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Dell Financial Services | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Fair Finance | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Gdyr/cbusa | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Gemb/jcp | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Kohls/chase | 7100-000 | $1,639.00 | NA | NA | $0.00 |
|   | Kohls/chase | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Lord&taylor | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Macys/fdsb | 7100-000 | $3,049.00 | NA | NA | $0.00 |
|   | Macys/fdsb | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Macys/fdsb | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Macys/fdsb | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Macys/fdsb | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Macys/fdsb | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Metro Center for Health | 7100-000 | $440.00 | NA | NA | $0.00 |
|   | Nicor Gas | 7100-000 | $33.00 | NA | NA | $0.00 |
|   | Rogers & Hol | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Sears/cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Victoria's Secret | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/justice | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/new York & Compa | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $171,460.00 | $152,407.42 | $152,407.42 | $4,984.13 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 09-39900 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CLARKE, VINCENT R AND CLARKE, MYRA D | | Date Filed (f) or Converted (c): | 10/23/2009 (f) |
| For the Period Ending: | 9/1/2011 | | §341(a) Meeting Date: | 12/09/2009 |
| | | | Claims Bar Date: | 06/28/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at: 17132 Cregier South Holland, IL 60473 | $146,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Checking account with Citizen's Financial Bank | $200.00 | $0.00 | DA | $0.00 | FA |
| 3 | Savings account with Citizen's Financial Bank | $25.00 | $0.00 | DA | $0.00 | FA |
| 4 | Sherwin-Williams Credit Union | $250.00 | $0.00 | DA | $0.00 | FA |
| 5 | Miscellaneous used household goods | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 6 | Miscellaneous books, tapes, CD's, etc. | $100.00 | $0.00 | DA | $0.00 | FA |
| 7 | Personal used clothing | $400.00 | $0.00 | DA | $0.00 | FA |
| 8 | Miscellaneous costume jewelry | $75.00 | $0.00 | DA | $0.00 | FA |
| 9 | Whole Life insurance policy Conseco Life Insurance Policy# 010415982 | $9,816.44 | $6,367.85 | | $6,368.00 | FA |
| 10 | Whole Life insurance policy Conseco Life Insurance Policy# 010415983 | $2,901.41 | $0.00 | DA | $0.00 | FA |
| 11 | IRA Managed by John Kancock | $3,684.40 | $0.00 | DA | $0.00 | FA |
| 12 | General Electric Savings & Security Program | $43,916.72 | $0.00 | DA | $0.00 | FA |
| 13 | Personal injury lawsuit Debtor is Plaintiff Clarke v. Dai Case# 08 L 004221 Debtor's attorney: Sandman, Levy and Petrich Case still pending, deem abandoned. | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Damages are 1 mo lost wages (55k per year) | | | | | |
| 14 | 1998 Mercury Grand Marquis 170,000 miles Kelly Blue Book value | $1,100.00 | $0.00 | DA | $0.00 | FA |
| 15 | 1999 Buick Century 160k miles Kelly Blue Book Value | $775.00 | $0.00 | DA | $0.00 | FA |
| 16 | 2001 Ford Windstar 171,000 miles Kelly Blue Book value | $1,400.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned | (u) Unknown | Unknown | | $3.20 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$211,643.97    $6,367.85    $6,371.20    $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| | |
|---|---|
| **Case No.:** | 09-39900 |
| **Case Name:** | CLARKE, VINCENT R AND CLARKE, MYRA D |
| **For the Period Ending:** | 9/1/2011 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 10/23/2009 (f) |
| **§341(a) Meeting Date:** | 12/09/2009 |
| **Claims Bar Date:** | 06/28/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**
Filed Assett Report in Pacer. Asset is whole life insurance.
Claims bar date 6.28.10. 2004 exam granted
10.2.10 all assets administered.
2.2.2011 Final report up in court.

**Initial Projected Date Of Final Report (TFR):** 03/31/2011     **Current Projected Date Of Final Report (TFR):** 03/31/2011     /s/ HORACE FOX, JR.
   HORACE FOX, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-39900 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CLARKE, VINCENT R AND CLARKE, MYRA D | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8876 | Checking Acct #: | ******9900 |
| Co-Debtor Taxpayer ID #: | ******8877 | Account Title: | |
| For Period Beginning: | 10/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/1/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/01/2011 | | Transfer From: # ******9900 | Transfer to Close Account | 9999-000 | $6,371.20 | | $6,371.20 |
| 02/01/2011 | 2 | Horace Fox | Trustee Compensation | 2100-000 | | $1,387.07 | $4,984.13 |
| 02/01/2011 | 3 | PYOD LLC its successors and assigns as assignee of Citibank | Final Claim #: 1; Dividend: 7.95; Amount Allowed: 15,502.37; | 7100-000 | | $506.96 | $4,477.17 |
| 02/01/2011 | 4 | Chase Bank USA, N.A. | Final Account Number: last 4 digits 1937; Claim #: 2; Dividend: 2.55; Amount Allowed: 4,983.91; | 7100-000 | | $162.99 | $4,314.18 |
| 02/01/2011 | 5 | Chase Bank USA, N.A. | Final Account Number: last 4 digits 6740; Claim #: 3; Dividend: 10.91; Amount Allowed: 21,256.63; | 7100-000 | | $695.15 | $3,619.03 |
| 02/01/2011 | 6 | Chase Bank USA, N.A. | Final Account Number: last 4 digits 3862; Claim #: 4; Dividend: 7.49; Amount Allowed: 14,607.40; | 7100-000 | | $477.70 | $3,141.33 |
| 02/01/2011 | 7 | Chase Bank USA, N.A. | Final Account Number: last 4 digits 4254; Claim #: 5; Dividend: 12.45; Amount Allowed: 24,255.80; | 7100-000 | | $793.23 | $2,348.10 |
| 02/01/2011 | 8 | Chase Bank USA, N.A. | Final Account Number: last 4 digits 9283; Claim #: 6; Dividend: 13.52; Amount Allowed: 26,340.95; | 7100-000 | | $861.42 | $1,486.68 |
| 02/01/2011 | 9 | Chase Bank USA, N.A. | Final Account Number: last 4 digits 9807; Claim #: 7; Dividend: 8.83; Amount Allowed: 17,211.07; | 7100-000 | | $562.85 | $923.83 |
| 02/01/2011 | 10 | Chase Bank USA, N.A. | Final Account Number: last 4 digits 0991; Claim #: 8; Dividend: 4.31; Amount Allowed: 8,406.09; | 7100-000 | | $274.90 | $648.93 |
| 02/01/2011 | 11 | American Express Centurion Bank | Final Claim #: 9; Dividend: 4.99; Amount Allowed: 9,737.07; | 7100-000 | | $318.43 | $330.50 |
| 02/01/2011 | 12 | Chase Bank USA,N.A | Final Account Number: last 4 digits 0676; Claim #: 10; Dividend: 0.87; Amount Allowed: 1,698.67; | 7100-000 | | $55.55 | $274.95 |
| 02/01/2011 | 13 | GE Money Bank dba LOWES CONSUMER | Final Claim #: 11; Dividend: 4.31; Amount Allowed: 8,407.46; | 7100-000 | | $274.95 | $0.00 |

| | | | | SUBTOTALS | $6,371.20 | $6,371.20 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-39900 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CLARKE, VINCENT R AND CLARKE, MYRA D | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8876 | | Checking Acct #: | ******9900 |
| Co-Debtor Taxpayer ID #: | ******8877 | | Account Title: | |
| For Period Beginning: | 10/23/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/1/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,371.20 | $6,371.20 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $6,371.20 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $6,371.20 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $6,371.20 | |

**For the period of 10/23/2009 to 9/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,371.20 |
| | |
| Total Compensable Disbursements: | $6,371.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,371.20 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/01/2011 to 9/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,371.20 |
| | |
| Total Compensable Disbursements: | $6,371.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,371.20 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-39900 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CLARKE, VINCENT R AND CLARKE, MYRA D | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8876 | Money Market Acct #: | ******9900 |
| Co-Debtor Taxpayer ID #: | ******8877 | Account Title: | |
| For Period Beginning: | 10/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/1/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/27/2010 | (9) | Vincent R. Clark | whole life insurance proceeds | 1129-000 | $6,368.00 | | $6,368.00 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.03 | | $6,368.03 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.24 | | $6,368.27 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.27 | | $6,368.54 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.26 | | $6,368.80 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.27 | | $6,369.07 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.26 | | $6,369.33 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.27 | | $6,369.60 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.27 | | $6,369.87 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.26 | | $6,370.13 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.27 | | $6,370.40 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.26 | | $6,370.66 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.27 | | $6,370.93 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.27 | | $6,371.20 |
| 02/01/2011 | | Transfer To: # ******9900 | Transfer to Close Account | 9999-000 | | $6,371.20 | $0.00 |

**SUBTOTALS** $6,371.20   $6,371.20

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-39900 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CLARKE, VINCENT R AND CLARKE, MYRA D | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8876 | | Money Market Acct #: | ******9900 |
| Co-Debtor Taxpayer ID #: | ******8877 | | Account Title: | |
| For Period Beginning: | 10/23/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/1/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,371.20 | $6,371.20 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $6,371.20 | |
| | | | **Subtotal** | | $6,371.20 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,371.20 | $0.00 | |

**For the period of 10/23/2009 to 9/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $6,371.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,371.20 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,371.20 |

**For the entire history of the account between 01/27/2010 to 9/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $6,371.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,371.20 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $6,371.20 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-39900 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CLARKE, VINCENT R AND CLARKE, MYRA D | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8876 | | Money Market Acct #: | ******9900 |
| Co-Debtor Taxpayer ID #: | ******8877 | | Account Title: | |
| For Period Beginning: | 10/23/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/1/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $6,371.20 | $6,371.20 | $0.00 |

**For the period of 10/23/2009 to 9/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $6,371.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,371.20 |
| Total Internal/Transfer Receipts: | $6,371.20 |
| | |
| Total Compensable Disbursements: | $6,371.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,371.20 |
| Total Internal/Transfer Disbursements: | $6,371.20 |

**For the entire history of the case between 10/23/2009 to 9/1/2011**

| | |
|---|---|
| Total Compensable Receipts: | $6,371.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,371.20 |
| Total Internal/Transfer Receipts: | $6,371.20 |
| | |
| Total Compensable Disbursements: | $6,371.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,371.20 |
| Total Internal/Transfer Disbursements: | $6,371.20 |